|   |   |
|---|---|
| 1 | LAWRENCE BREWSTER<br>Regional Solicitor |
| 2 | DANIELLE L. JABERG<br>Counsel for ERISA |
| 3 | CA State Bar No. 256653<br>JOSEPH M. LAKE |
| 4 | Trial Attorney<br>CA State Bar No. 246679 |
| 5 | Office of the Solicitor<br>UNITED STATES DEPARTMENT OF LABOR |
| 6 | 90 Seventh Street, Suite 3-700<br>San Francisco, California  94103 |
| 7 | Telephone (415) 625-7758<br>Fax (415) 625-7772 |
| 8 | Email:  lake.joseph@dol.gov |
| 9 |   |
| 10 | Attorneys for Plaintiff, Secretary of Labor<br>United States Department of Labor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>OPT, INC., a corporation; THE ESTATE OF ANTHONY OLSZEWSKI, a deceased individual; JOYCELYN TRAN, an individual; JONATHAN JONES, an individual; and the OPT, INC. 401(K) PROFIT SHARING PLAN, an employee benefit plan,<br><br>Defendants. | Case No. CV 10-4363 PVT<br><br>XXXXXXXXXX ) **ORDER CHANGING TIME OF INITIAL CASE MANAGEMENT CONFERENCE** |
|---|---|

Based upon the Stipulated Request for Order Changing Time of Initial Case Management Conference filed by Plaintiff HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, Defendants EXECUTOR OF THE ESTATE OF ANTHONY OLSZEWSKI, JOYCELYN TRAN, and JONATHAN JONES pursuant to Local Civil Rule 6-2

*Solis v. OPT, Inc., et al.*, Case No. CV 10-4363 PVT
Proposed Order Changing Time of Initial Case Management Conference

and the Declaration of Attorney Joseph Lake filed in support thereof, with no objections being received, and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulated Request for Order Changing Time of Initial Case Management Conference is GRANTED;

2. The initial case management conference is continued to

    ___ 2/22/2011 at 2PM _____;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _ November 18, 2010 __

_____
PATRICIA TRUMBULL
UNITED STATES MAGISTRATE JUDGE

*Solis v. OPT, Inc., et al.*, Case No. CV 10-4363 PVT
Proposed Order Changing Time of Initial Case Management Conference