```
 1  LAWRENCE BREWSTER
    Regional Solicitor
 2  DANIELLE L. JABERG
    Counsel for ERISA
 3  CA State Bar No. 256653
    JOSEPH M. LAKE
 4  Trial Attorney
    CA State Bar No. 246679
 5  Office of the Solicitor
 6  UNITED STATES DEPARTMENT OF LABOR
 7
 8  Attorneys for Plaintiff,
    United States Department of Labor
 9
    Susan E. Bishop (SBN 187253)
10  PRATT & ASSOCIATES
11  Attorneys for Defendants OPT, INC. and Joyce
    Olszewski, as Executor of the Estate of Anthony
12  Olszewski
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> vs. <br><br> OPT, INC., a corporation; JOYCE OLSZEWSKI, THE EXECUTOR OF THE ESTATE OF ANTHONY OLSZEWSKI, a deceased individual; JOYCELYN TRAN, an individual; JONATHAN JONES, an individual; and the OPT, INC. 401(K) PROFIT SHARING PLAN, an employee pension benefit plan; <br><br> Defendants. | Case No 5:10-CV-04363 JW (PSG) <br><br> (~~PROPOSED~~) ORDER REGARDING STIPULATION AS TO ADR PROCESS SELECTION <br><br> HON. JAMES WARE |

(Proposed) Order Regarding Stipulation as to ADR                                Page 1

Based upon the Stipulation filed by Plaintiff HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, and Defendants OPT, INC. and JOYCE OLSZEWSKI, THE EXECUTOR OF THE ESTATE OF ANTHONY OLSZEWSKI, and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The parties are referred to a magistrate judge for an early settlement conference;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 11, 2011

*[signature]*
JAMES WARE
UNITED STATES DISTRICT JUDGE