LAWRENCE BREWSTER
Regional Solicitor
DANIELLE L. JABERG
Counsel for ERISA
CA State Bar No. 256653
JOSEPH M. LAKE
Trial Attorney
CA State Bar No. 246679
Office of the Solicitor
UNITED STATES DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, California  94103
Telephone (415) 625-7758
Fax (415) 625-7772
Email:  lake.joseph@dol.gov

Attorneys for Plaintiff, Secretary of Labor
United States Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>vs.<br><br>OPT, INC., a corporation; THE ESTATE OF ANTHONY OLSZEWSKI, a deceased individual; JOYCELYN TRAN, an individual; JONATHAN JONES, an individual; and the OPT, INC. 401(K) PROFIT SHARING PLAN, an employee benefit plan,<br><br>Defendants. | Case No. CV 10-4363 JW (PSG)<br><br>(~~PROPOSED~~) ORDER CHANGING TIME OF THE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS JOYCELYN TRAN AND JONATHAN JONES |

Based upon the Stipulated Request for Order Changing Time of the hearing on the

Motion for Default Judgment filed Plaintiff HILDA L. SOLIS, Secretary of Labor, United

States Department of Labor against Defendants JOYCELYN TRAN and JONATHAN JONES

and pursuant to Local Civil Rules 6-1, 6-2, and 7-7 and the Declaration of Attorney Joseph Lake filed in support thereof, with no objections being received, and further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulated Request for Order Changing Time of the hearing on Plaintiff's Motion for Default Judgment against Defendants Joycelyn Tran and Jonathan Jones is GRANTED;

2. The hearing is continued to April 25, 2011 at 9:00 AM in Courtroom #8, 4th Floor, San Jose;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _April 8, 2011_____

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE

*Solis v. OPT, Inc., et al.*, Case No. CV 10-4363 PVT
Proposed Order Changing Time of Initial Case Management Conference