IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hilda Solis,<br><br>        Plaintiff,<br>   v.<br>Opt, Inc., et al.,<br><br>        Defendants. | NO. C 10-04363 JW<br><br>**ORDER GRANTING IN PART STIPULATION; CONTINUING PRETRIAL AND TRIAL DATES** |

      Presently before the Court is the parties' Stipulation.  (Docket Item No. 46.)  In their Stipulation, the parties contend that "the currently scheduled trial and all of its preliminary pretrial conference dates [should] be continued to April 15, 2012, or as soon as possible thereafter," on the ground that the parties "are currently engaged in settlement negotiations, and believe that they are somewhat close to a settlement."  (Id. at 1-2.)

      Upon review, the Court finds good cause to GRANT in part the parties' Stipulation and ORDERS as follows:

(1)    The Final Pretrial Conference is CONTINUED to **February 13, 2012 at 11 a.m.**

(2)    The Joint Final Pretrial Conference Statement and In Limine Motions are due on **January 13, 2012**.

(3)    Sessions 1-3 of the Bench Trial in this case are CONTINUED to **February 28-29, 2012, 1 p.m. - 4 p.m.**, and **March 1, 2012, 1 p.m. - 4 p.m.**  The parties will argue and submit on **March 2, 2012 at 1 p.m.**

No other aspect of the Court's Preliminary Pretrial Conference Scheduling Order[1] is altered by this Order.

Dated:  November 9, 2011

JAMES WARE
United States District Chief Judge

---

[1] (Docket Item No. 44.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joseph Michael Lake lake.joseph@dol.gov
Susan E. Bishop sbishop@prattattorneys.com

**Dated: November 9, 2011**                                    **Richard W. Wieking, Clerk**

                                                               **By:      /s/ JW Chambers
                                                                    Susan Imbriani
                                                                    Courtroom Deputy**