**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hilda Solis, | NO. C 10-04363 JW |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO CONTINUE TRIAL** |
| v. | |
| Opt, Inc., et al., | |
| Defendants. | |

Presently before the Court is the parties' Joint Stipulated Request. (See Docket Item No. 49.) The parties seek a continuance both of trial and of the last date to hear dispositive motions based on their contention that the parties are working to negotiate a settlement, and that, should such negotiations fail, a motion for summary judgment would allow the Court to narrow the issues to be presented at trial. (Id. ¶ 8.)

Upon review, the Court finds good cause to GRANT the parties' Stipulated Request and ORDERS as follows:

(1) The last day to hear dispositive motions is CONTINUED to **March 5, 2012 at 9 a.m.** The Court will not entertain further requests for extension.

(2) The Final Pretrial Conference is CONTINUED to **April 16, 2012 at 11 a.m.**

(3) The Joint Final Pretrial Conference Statement and *in Limine* Motions are due on or before **March 16, 2012.**

(4) Sessions 1-3 of the Bench Trial in this case are CONTINUED to **May 1-3, 2012, 1 p.m.- 4 p.m.** The parties will argue and submit on **May 4, 2012 at 1 p.m.**

No further extension will be allowed.

Dated: January 24, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joseph Michael Lake lake.joseph@dol.gov
Susan E. Bishop sbishop@prattattorneys.com

**Dated: January 24, 2012**   **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                **Susan Imbriani**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California