IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hilda L. Solis, | NO. C 10-04363 JW |
|         Plaintiff,<br>v. | **ORDER VACATING DATES; SETTING STATUS CONFERENCE** |
| Opt, Inc., et al., | |
|         Defendants. | |

Presently before the Court is the parties' Joint Status Report and Request to Stay All Deadlines. (hereafter, "Request," Docket Item No. 51.) In their Request, the parties contend that they have "agreed to the terms of a Consent Judgment to resolve this matter in its entirety" and that this Consent Judgment must be approved by a California probate court. (Id. at 1-2.) They further contend that "[a]s soon as the [probate court] approves" of the Consent Judgment, they will submit it to this Court. (Id. at 2.) Therefore, they request that the Court "stay all pre-trial deadlines and the trial date." (Id. at 3.)

In light of the parties' contentions regarding their agreement to a Consent Judgment that will resolve this matter in its entirety, the Court VACATES all pretrial and trial dates in this matter. The Court sets **May 21, 2012 at 10 a.m.** for a Status Conference re. Settlement. On or before **May 11, 2012**, the parties shall either file a Stipulated Dismissal or a Joint Status Statement. In the event that

1  a Dismissal is not filed, the parties shall set forth in their Joint Statement the status of the settlement
2  and how much additional time is requested to finalize and file a dismissal.

5  Dated: April 4, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joseph Michael Lake lake.joseph@dol.gov
Susan E. Bishop sbishop@prattattorneys.com

**Dated: April 4, 2012**               **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Susan Imbriani**
         **Courtroom Deputy**